# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 3, 2023

## NO.  03-22-00783-CV

**Phillip G. Scott, Appellant**

**v.**

**District Courts of Comal County, Texas, Appellees**

**APPEAL FROM THE DISTRICT COURTS OF COMAL COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the district courts of Comal County, Texas.  Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.  Therefore, the Court dismisses the appeal for want of jurisdiction.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.